UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ruth Ann DiDonato, Esquire
Willig, Williams & Davidson
1845 Walnut Street, 24th floor
Philadelphia, PA  19103
rdidonato@wwdlaw.com
215-814-9226
Attorney Id No.:  000151999

In Re:

Thomia S. West

Case No.: 19-33709
Chapter: 13
Adv. No.: 
Hearing Date: 2/26/2020
Judge: ABA

## CERTIFICATION OF SERVICE

1. I, __Ruth Ann DiDonato, Esquire__ :

   ☒ represent __Debtor, Thomia West__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __January 7, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of chapter 13 Plan Transmittal; Chapter 13 Plan and Motions and CMA re Debtor's residence

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 1/15/2020

/s/ Ruth Ann DiDonato, Esquire
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One Bank (USA), N.A.<br>c/o Corporation Service Company<br>100 Shockoe Slip, 2nd floor<br>Richmond, VA 23219 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Bank (USA), N.A.<br>Paul J. Klemm, Esquire<br>Hayt, Hayt & Landau, LLC<br>Two Industrial Way West<br>P.O. Box 500<br>Eatontown, NJ 07724-0500 | Creditor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Bank (USA), N.A.<br>4851 Cox Road<br>Glen Allen, VA 23060 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Petro, Inc.<br>c/o Capital Services, Inc.<br>1218 Central Avenue, Suite 100<br>Albany, NY 12205 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Petro, Inc.<br>1000 Woodbury Road, Suite 200<br>Woodbury, NY 11797 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Petro, Inc.<br>9 W. Broad Street, Suite 350<br>Stamford, CT 06902 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Petro, Inc.<br>John J. Sheerin, Esquire<br>Mullooly, Jeffrey, Rooney & Flynn, LLP<br>6851 Jericho Turnpike, Suite 220<br>Syosset, NY 11791-9036 | Creditor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel C. Balboa,<br>535 NJ-38<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Captial One Bank (USa), N.A. by American InfoSource as agent<br>45155 N. Santa Fe Avenue<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16