| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Ruth Ann DiDonato, Esquire<br>Willig, Williams & Davidson<br>1845 Walnut Street, 24th<br>Philadelphia, Pa 19103<br>215-814-9226<br>rdidonato@wwdlaw.com | Case No.: | 19-33709 |
| | Chapter: | 13 |
| In Re:<br>Thomia S. West | Adv. No.: | |
| | Hearing Date: | 5/27/2020 |
| | Judge: | ABA |

## CERTIFICATION OF SERVICE

1. I, __Ruth Ann DiDonato, Esquire__ :

    ☒ represent __Thomia S. West, Debtor__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __April 30, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Amended Chapter 13 Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  5/5/2020                                             /s/ Ruth Ann DiDonato, Esquire
                                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Borough of Clementon<br>101 Gibbsboro Road<br>Clementon, NJ 08021 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel Balboa, Trustee<br>535 NJ 38<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Department of HUD<br>26 Federal Plaza<br>Suite 3541<br>New York, NY 10278 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Exeter Finance, LLC<br>c/o AIS Portfolio Services, LP<br>4515 Santa Fe Avenue<br>Department APS<br>Oklahoma City, OK 73118 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quicken Loans, Inc.<br>635 Woodward Avenue<br>Detroit, MI 48226 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Camden County MUA<br>1645 Ferry Avenue<br>Camden, NJ 08104 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esquire<br>KML Law Group, PC<br>Mellon Independce Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA  19106 | Secured Creditor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ms. Thomia West<br>24 Erial Road<br>Clementon, NJ 08021 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*