| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Ruth Ann DiDonato, Esquire<br>Willig, Williams & Davidson<br>1845 Walnut Street, 24th<br>Philadelphia, Pa  19103<br>215-814-9226<br>rdidonato@wwdlaw.com | Case No.: | 19-33709 |
| | Chapter: | 13 |
| In Re:<br>Thomia S. West | Adv. No.: | |
| | Hearing Date: | 5/27/2020 |
| | Judge: | ABA |

## CERTIFICATION OF SERVICE

1. I, __Ruth Ann DiDonato, Esquire__ :

    ☒ represent __Thomia S. West, Debtor__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __April 30, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Amended Chapter 13 Plan; Notice of Chapter 13 Plan Transmittal; CMA

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __5/5/2020__      /s/ Ruth Ann DiDonato, Esquire
                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One Bank (USA), N.A.<br>c/o Corporation Service Company<br>100 Shockoe Slip, 2nd floor<br>richmond, VA 23219 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Bank (USA), N.A.<br>Paul J. Klemm, Esquire<br>Hay, Hayt & Landau, LLC<br>Two Industrial Way West<br>P.O. Box 500<br>Eatontown, NJ 07724-0500 | Secured Creditor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Captial One Bank (USA), N.A.<br>4851 Cox Road<br>Glen Allen, VA 23060 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Bank by<br>American Info source as Agent<br>4515 N. Santa fe Avenue<br>Oklahoma City, OK 73319 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Petro, Inc.<br>c/o Captial Services, Inc.<br>1218 Central Avenue, Suite. 100<br>Albany, NY 12205 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Petro, Inc.<br>1000 Woodbury Road, Suite 200<br>woodbury, NY 11797 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Petro, Inc<br>John J. Sheerin, Esquire<br>Mullooly, Jeffrey, Rooney & Flynn, LLP<br>6851 Jericho Turnpike, Suite 220<br>Syosset, NY 11791-9036 | Secured Creditor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Petro, Inc.<br>9 W. Broad Street, Suite 200<br>Stamford, CT 06902 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*