| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Ruth Ann DiDonato, Esquire<br>Willig, Williams & Davidson<br>1845 Walnut Street, 24th floor<br>Philadelphia, PA  19103<br>215-814-9226<br>rdidonato@wwdlaw.com<br>Attorney Id. No.:  000151999 | Case No.: | 19-33709 |
| | Chapter: | 13 |
| In Re:<br><br>Thomia S. West | Adv. No.: | |
| | Hearing Date: | 05/27/2020 |
| | Judge: | ABA |

## CERTIFICATION OF SERVICE

1. I, __Ruth Ann DiDonato, Esquire__ :

    ☒ represent __Debtor, Thomia S. West__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __May 5, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Amended Summary of Your Assets and Liabilities and Certain Statistical Information;
   Amended Scheudle J and Amended Declaration Regarding an Individual Debtor's Schedules.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 05/13/2020

/s/ Ruth Ann DiDonato
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Thomia S. West<br>24 Erial Road<br>Clementon, NJ 08021 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |