Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-33709 (ABA)**

Thomia S. West  
24 Erial Road  
Clementon, NJ  08021

Monthly Payment: $252.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/22/2021 | $252.00 | 02/19/2021 | $252.00 | 03/22/2021 | $252.00 | 04/30/2021 | $252.00 |
| 05/28/2021 | $252.00 | 06/25/2021 | $252.00 | 07/23/2021 | $252.00 | 08/23/2021 | $252.00 |
| 10/01/2021 | $252.00 | 10/29/2021 | $252.00 | 11/29/2021 | $252.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | THOMIA S. WEST | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RUTH ANN DI DONATO, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | BOROUGH OF CLEMENTON | 24 | $614.12 | $226.35 | $387.77 | $96.27 |
| 2 | CAMDEN COUNTY MUA | 24 | $625.54 | $230.56 | $394.98 | $98.06 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $946.79 | $0.00 | $946.79 | $0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $2,011.06 | $0.00 | $2,011.06 | $0.00 |
| 5 | CREDIT ACCEPTANCE CORPORATION | 33 | $3,271.73 | $0.00 | $3,271.73 | $0.00 |
| 6 | DEPARTMENT OF EDUCATION/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | EXETER FINANCE, LLC | 24 | $397.27 | $146.42 | $250.85 | $62.28 |
| 8 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $577.48 | $0.00 | $577.48 | $0.00 |
| 9 | PETRO, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ROCKET MORTGAGE, LLC | 24 | $11,439.07 | $4,216.55 | $7,222.52 | $1,793.32 |
| 11 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | VERIZON BY AMERICAN INFOSOURCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | RUTH ANN DIDONATO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | Borough Of Clementon | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $715.00 | $0.00 | $715.00 | $0.00 |
| 18 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $433.47 | $0.00 | $433.47 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2020 | 4.00 | $0.00 |
| 05/01/2020 | Paid to Date | $712.00 |
| 06/01/2020 | 55.00 | $252.00 |
| 01/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,772.00 |
| Total paid to creditors this period: | $2,049.93 |
| Undistributed Funds on Hand: | $230.84 |
| Arrearages: | ($1.00) |
| Attorney: | RUTH ANN DI DONATO, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**