53440
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Exeter Finance LLC
f/k/a Exeter Finance Corp.
JM5630_____

IN RE:  THOMIA S. WEST

UNITED STATES
BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY

CHAPTER: 13

CASE NO.:  19-33709 (ABA)

NOTICE OF APPEARANCE AND
REQUEST FOR ALL NOTICES, PLANS,
AND DISCLOSURE STATEMENTS

Exeter Finance LLC f/k/a/ Exeter Finance Corp. enters its appearance and the law firm of

Morton & Craig LLC, pursuant to  Fed R Bankr P 9010, hereby enters their appearance as attorneys

for Exeter Finance LLC f/k/a Exeter Finance Corp. with regard to all matters and proceedings in the

above captioned case, showing counsel's name, office address and telephone number as follows:

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100

Exeter Finance LLC f/k/a Exeter Finance Corp., pursuant to Fed R Bankr P 2002, hereby

requests that all notices required to be given under Fed R Bankr P 2002, including notices under

Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees

appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Exeter

Finance LLC f/k/a Exeter Finance Corp. by due service upon its undersigned attorneys,

Morton & Craig LLC, at the address stated above and also to it at the following address:

> Exeter Finance LLC
> f/k/a Exeter Finance Corp.
> 4515 N. Santa Fe Avenue
> Dept. APS
> Oklahoma City, OK 73118

Exeter Finance LLC f/k/a Exeter Finance Corp., pursuant to Fed R Bankr P 3017(a),

further requests that all plans and disclosure statements filed herein by any party be duly

served upon it and its undersigned attorneys.

/s/   John R. Morton, Jr.

John R. Morton, Jr., Esquire
Morton & Craig LLC
Attorneys for Exeter Finance LLC
f/k/a Exeter Finance Corp.

Dated: 9/16/2022