UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ruth Ann DiDonato, Esquire
Willig, Williams & Davidson
1845 Walnut Street, 24th floor
Philadelphia, PA 19103
215-814-9226
rdidonato@wwdlaw.com
Attorney ID No.: 000151999

In Re:

Thomia S. West, Debtor

Case No.: _____19-33709_____

Judge: _____ABA_____

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1. ☒ Motion for Relief from the Automatic Stay filed by ___Rocket Mortgage, LLC___, creditor,

    A hearing has been scheduled for ___December 6, 2022___, at 10:00 a.m.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (**choose one**):

    ☒ Payments have been made in the amount of $ ___1,060.37___, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ **Other (explain your answer):**
Debtor fell behind due to necessary car repairs and mandatory course expenses which were needed for her teaching position. Debtor intends to forward a payment on November 24th and can cure the remaining two outstanding payments in a prompt and reasonable manner.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 11/15/2022                                       /s/ Thomia S. West
                                                       Debtor's Signature

Date: _____                                   _____
                                                       Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*



FREEDOM CREDIT UNION

# Transaction Details

**Account:**

**Post date:** 2022-11-14 05:00:00+00:00

**Amount:** -1060.37

**Description:** Draft 441

**Type:** withdrawal

**Front:**

**Back:**