| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Ruth Ann DiDonato, Esquire<br>Willig, Williams & Davidson<br>1845 Walnut Street, 24th floor<br>Philadelphia, PA  19103<br>215-814-9226<br>rdidonato@wwdlaw.com<br>Attroney Id No.: 000151999 | Case No.: __19-33709__<br>Chapter: __13__ |
| In Re:<br>Thomia S. West, Debtor | Adv. No.: _____<br>Hearing Date: __12/6/22 at 10 am__<br>Judge: __ABA__ |

## CERTIFICATION OF SERVICE

1. I, __Ruth Ann DiDonato, Esquire__ :

    ☒ represent __Debtor, Thomia S. West__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __November 15, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Chapter 13 Debtor's Certification in Opposition

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __11/17/22__                                           /s/ Ruth Ann DiDonato
                                                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 500<br>Philadelphia, PA 19106 | Atty. for Mortgage Co. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Thomia S. West<br>24 Erial Road<br>Clementon, NJ 08021 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corpoate Center<br>535 Rute 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Trustee<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |