UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ruth Ann DiDonato, Esquire
Willig, Williams & Davidson
1845 Walnut Street, 24th floor
Philadelphia, PA  19103
Attorney Id. No.: 000151999
215-814-9226
rdidonato@wwdlaw.com

Case No.: __19-33709__

Chapter: __13__

In Re:

Thomia S. West

Adv. No.: _____

Hearing Date: __4/12/2023__

Judge: __ABA__

## CERTIFICATION OF SERVICE

1. I, __Ruth Ann DiDonato, Esq.__ :

    ☒ represent __Debotr, Thomia S. West__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __March 7, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Fisst Amended Chapter 13 Plan Post Confirmation

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __3/14/2023__

/s/ Ruth Ann DiDonato
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Borough of Clementon<br>101 Gibbsboro Road<br>Clementon, NJ 08021 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel Balboa, Trustee<br>Cherry Tree Corporate Center<br>535 NJ 38<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Department of HUD<br>26 Federal Plaza<br>Suite 3541<br>New York, NY 10278 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Exeter Finance, LLC, c/o AIS Portfolio Services, LP<br>4515 Santa Fe Avenue<br>Department APS<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Camden County MUA<br>1645 Ferry Avenue<br>Camden, NJ 08104 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Quicken Loans, Inc.<br>635 Woodward venue<br>Detroit, MI 48226 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esquire<br>KML Law Group, PC<br>Mellon Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Secured Creditor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ms. Thomia West<br>24 Erial Road<br>Clementon, NJ 08021 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

3