Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−33709−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomia S. West
   24 Erial Road
   Clementon, NJ 08021

Social Security No.:
   xxx−xx−2119

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 12, 2023.


Dated: April 12, 2023
JAN: har

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                               Case No. 19-33709-ABA
Thomia S. West                                                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                                 Page 1 of 3
Date Rcvd: Apr 12, 2023                     Form ID: plncf13                            Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

| Recip ID   |   | Recipient Name and Address |
|---|---|---|
| db         | + | Thomia S. West, 24 Erial Road, Clementon, NJ 08021-4444 |
| 518632476  | + | Borough of Clementon, 101 Gibbsboro Road, Clementon, NJ 08021-4035 |
| 518689957  | + | CAMDEN COUNTY MUA, 1645 FERRY AVE, CAMDEN NJ 08104-1311 |
| 518632477  |   | Camden County MUA, Regional Sewer Service Invoice, P.O. Box 1105, Bellmawr, NJ 08099-5105 |
| 518632479  | + | Capital One Bank (USA), c/o Hayt, Hayt & Lndau, LLC, Two Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 519707230  | + | Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 518632484  |   | Petro, Inc., c/o John Sheerin, Esquire, 6851 Jerricho Turnpike, Suite 220, P.O. Box 9036, Syosset, NY 11791-9036 |
| 518645871  | + | US Department of HUD, 2401 NW 23rd Street, Suite 1A1, Oklahoma City OK 73107-2448 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID  |   | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg       |   | Email/Text: usanj.njbankr@usdoj.gov | Apr 12 2023 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg       | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 12 2023 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr        | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 12 2023 20:39:59 | Exeter Finance LLC f/k/a Exeter Finance Corp., 4515 N. Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| 518658726 |   | Email/Text: ebnnotifications@creditacceptance.com | Apr 12 2023 20:30:00 | Credit Acceptance, 25505 West 12 Mile Rd., Southfield MI 48034 |
| 518632478 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2023 20:39:31 | Capital One, c/oPortfolio Recovery Associates, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 518638194 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 12 2023 20:39:45 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518632480 |   | Email/Text: ebnnotifications@creditacceptance.com | Apr 12 2023 20:30:00 | Credit Acceptance Corporation, P.O. Box 5009, Southfield, MI 48086-5009 |
| 518632481 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 12 2023 20:31:00 | Department of Education/NELNET, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 518716674 | ^ | MEBN | Apr 13 2023 12:55:43 | Emergency Physician Associate of South Jersey, PO Box 1123, Minneapolis MN 55440-1123 |
| 518632482 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Apr 12 2023 20:39:33 | Exeter Finance, PO Box 166008, Irving, TX 75016-6008 |
| 518669368 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Apr 12 2023 20:39:33 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: plncf13 | Total Noticed: 27 |

| | | | | | |
|---|---|---|---|---|---|
| 518633944 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | | |
| | | | Apr 12 2023 20:39:59 | | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518711882 | | Email/Text: JCAP_BNC_Notices@jcap.com | | | |
| | | | Apr 12 2023 20:31:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518632483 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | | |
| | | | Apr 12 2023 20:31:00 | | Jefferson Capital Systems, LLC, c/o Louis Greefield, Esquire, P.O. Box 17210, Golden, CO 80402-6020 |
| 518668466 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | | |
| | | | Apr 12 2023 20:39:59 | | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518632485 | + | Email/Text: bankruptcyteam@quickenloans.com | | | |
| | | | Apr 12 2023 20:31:00 | | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518699412 | + | Email/Text: bankruptcyteam@quickenloans.com | | | |
| | | | Apr 12 2023 20:31:00 | | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518645870 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | | |
| | | | Apr 12 2023 20:39:32 | | US Department of HUD, 26 Federal Plaza, Suite 3541, New York NY 10278 |
| 518632486 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | | |
| | | | Apr 12 2023 20:30:00 | | Verizon, c/o EOS CCA, 700 Longwater Drive, Norwell, MA 02061-1624 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518639334 | ##+ | Denise Carlon Esquire, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Apr 12, 2023 | Form ID: plncf13 | Total Noticed: 27

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
    on behalf of Creditor Exeter Finance LLC f/k/a Exeter Finance Corp. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Ruth Ann DiDonato
    on behalf of Debtor Thomia S. West rdidonato@wwdlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8