

**Ruth Ann DiDonato**
Phone: (215) 814-9226
Fax: (215) 814-9226
rdidonato@wwdlaw.com

Also Admitted in
New Jersey

January 3, 2025

560000-38055

Clerk of Bankruptcy Court
VIA ECF

Re:   Thomia S. West
      Chapter 13 Bankruptcy No. 19-33709 ABA

Dear Sir of Madam:

As you are aware, this office represents Thomia S. West with regard to the above-referenced case. Kindly withdrawal documents 80 and 81 (Debtor's Certification in Support of Discharge forms) that were filed on January 3, 2025, in error as the signature did not appear on the document and the incorrect year was entered for the date.

Thank you for your assistance to this request.

Very truly yours,

**RUTH ANN DIDONATO**

RAD/rad