Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                           Case No.:  19−33709−ABA
                           Chapter:  13
                           Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomia S. West
   24 Erial Road
   Clementon, NJ 08021

Social Security No.:
   xxx−xx−2119

Employer's Tax I.D. No.:

---

**FINAL DECREE**

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 11, 2025</u>            <u>Andrew B. Altenburg Jr.</u>
                                               Judge, United States Bankruptcy Court